George C. Smith, appellant, v. Anna Mutual Relief Association, appellee.

Assumpsit to recover on two benefit certificates. Judgment for defendant. Appeal from the Circuit Court of Union county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed April 3, 1923.

George W. Crawford and James Lingle, for appellant. A. J. Pickrell and D. W. Karraker, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Fred Nobs, plaintiff in error, v. Peter Aebel and Nora Aebel, defendants in error.

Petition for *habeas corpus* for custody of minor child. Judgment for defendants. Error to the Circuit Court of Madison county; the Hon. J. Frank Gillham, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed April 3, 1923.

Hiles, Newell & Brown, for plaintiff in error. Wm. M. P. Smith, for defendants in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Carrie Pool, appellee, v. William Polen, appellant.

Prosecution for bastardy. Defendant found guilty. Appeal from the County Court of Richland county; the Hon. R. B. Witcher, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed April 20, 1923.

H. G. Morris, for appellant. S. C. Lewis, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Stotlar-Herrin Lumber Company, appellee, v. Louis Loss, appellant.

Bill to enforce mechanic's lien. Decree for complainant. Appeal from the City Court of Johnson City; the Hon. J. H. Clayton, Judge, presiding. Heard in this court at the March term, 1923. Reversed and remanded with directions. Opinion filed April 20, 1923.

John E. Carr and George Sawyer, for appellant. Henson & Kenshalo, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.